**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE:

CHRISTOPHER R. DOLLARHIDE
REBECCA G. DOLLARHIDE
DEBTORS                                         CASE NUMBER: 18-70591
                                                CHAPTER 13

**RENOTICE OF HEARING ON**
**TRUSTEE OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Notice is hereby given that the hearing on the Trustee's Objection to Motion for Relief from Stay (Doc. No. 134) is scheduled to be heard on October 15, 2019 at 10:00 a.m. in U.S. Bankruptcy Court, U.S. District Court Building, 110 Main Street, Room 201, Pikeville, Kentucky.

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was mailed on October 1, 2019 to the following persons and addresses:

Christopher & Rebecca Dollarhide
121 Pond Road
Whitesburg, KY 41858

Molly Slutsky Simons
394 Wards Corner Road, Ste 180
Loveland, OH 45140

/s/Beverly M. Burden
Beverly M. Burden,
Chapter 13 Trustee
Ky Bar ID:  09330
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com