**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE

CHRISTOPHER R. DOLLARHIDE                                    CASE NO.  18-70591
REBECCA G. DOLLARHIDE

DEBTOR(S)

**ORDER TO SHOW CAUSE**

For failure to comply with an order of the court [ECF No. 140], Daryle M. Ronning is directed to appear and show cause before the court at 10:00 a.m. on November 19, 2019 at U.S. Bankruptcy Court, U.S. Post Office and Courthouse, U.S. District Courtroom, 110 Main Street, Suite 201, Pikeville, Kentucky, as to why sanctions should not be imposed.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, October 28, 2019
(grs)